ACCEPTED
04-15-00346-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 10:49:32 AM
KEITH HOTTLE
CLERK

# 04-15-0346-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 10:49:32 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS
SITTING AT SAN ANTONIO, TEXAS

PETER HENRY NAUMBURG,

*Appellant*,

v.

NEIDA COURTNEY NAUMBURG,

*Appellee*.

**APPELLANT'S MOTION TO DISMISS**

TO THE HONORABLE COURT OF APPEALS:

The parties have resolved their issues and Appellant asks that the Court dismiss this appeal.

Respectfully submitted,

/S/ *Jeff Small*

Jeff Small
LAW OFFICE OF JEFF SMALL
State Bar No. 00793027
Attorney for Appellant
12451 Starcrest Dr., Suite 100
San Antonio, Texas 78216
210.496.0611/F - 210.579.1399
jdslaw@satx.rr.com

1

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above was served on the interested parties listed below in accordance with the Texas Rules of Civil Procedure on August 27, 2015.

William McNaught
State Bar No. 13819200
MCNAUGHT LAW FIRM
Attorney for Appellee
28580 IH 10 West, Suite 4
Fair Oaks Ranch, TX 78015
210.202.0088
mcnaughtlaw@yahoo.com

/S/ *Jeff Small*

Jeff Small